IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01035-KLM

DAVID J. WOLF, an individual; and
WOLF AUTO CENTER STERLING LLC, a Colorado limited liability company,

       Plaintiffs,

v.

MICHAEL SCHADEGG, an individual;
SHAWN COCHRAN, an individual;
JOHN DOES 1 through 3; and
XYZ CORPORATION,

       Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

       The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

       Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness and/or segregation, or privileged and/or protected information before production.

| /s/ Craig D. Joyce | /s/ Paul M. Grant |
|---|---|
| Craig D. Joyce, Atty. Reg. No. 10556 | Paul M. Grant, Atty. Reg. No. 26517 |
| Michelle R. Magruder, Atty. Reg. No. 18902 | Thomas E. Goodreid, Atty. Reg. No. 25281 |
| Fairfield and Woods, P.C. | Goodreid Grant & Kuhn LLC |
| 1801 California Street, Suite 2600 | 1801 Broadway, Suite 1100 |
| Denver, CO 80202 | Denver, CO 80202 |
| E-Mail: cjoyce@fwlaw.com | E-Mail: pgrant@ggklaw.com |
| E-Mail: mmagruder@fwlaw.com | E-Mail: tgoodreid@ggklaw.com |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |

**SO ORDERED.**

DATED: September 24, 2015

The Honorable Kristen L. Mix
United States Magistrate Judge